# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASHMAN EQUIPMENT CORP., and
SERVICIO MARINA SUPERIOR, LLC,

      Plaintiffs,

v.

TALISMAN CASUALTY INSURANCE
COMPANY, LLC, LARIS INSURANCE
AGENCY, LLC, DW FENNESSEY MARINE
SERVICES, LLC, and RANNY LEE FITCH,
JR.,

      Defendants.

CIVIL ACTION NO. 1:19-cv-11532-WGY

*October 21, 2019*

~~YOUNG, D. J.~~, *as modified*

~~SO ordered as the~~ case management

~~scheduling order:~~ _July 1, 2020_

~~Discovery due~~ _____

~~Dispositive Motion:~~ _July 31, 2020_

*William G. Young*

~~U.S. District Judge~~

## PARTIES' JOINT STATEMENT REGARDING SCHEDULING

Now, through undersigned counsel come the Plaintiffs, Cashman Equipment Corp.

("Cashman"), Servicio Marina Superior, LLC ("SMS") (collectively, the "Plaintiffs"), and the

Defendants, Laris Insurance Agency, LLC ("Laris") and Talisman Casualty Insurance Company,

LLC ("Talisman"),[1] who, in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1(d), submit

this Joint Statement in compliance with this Honorable Court's October 9, 2019 Order. The parties

have conferred and agreed as follows:

### I. Proposed Joint Discovery Plan:

The parties agree to, and propose the following deadlines:

1.    The parties shall exchange disclosures under Fed. R. Civ. P. 26(a)(1)(A) no later

than October 30, 2019.

2.    Motions seeking leave to add new parties or amend the pleadings to assert new

claims or defenses shall be filed no later than ninety (90) days following this Court's decision on

---

[1] DW Fennessey and Ranny Lee Fitch has been served, but have failed to appear as of this filing.

1

the Motion.

3.    <u>Fact Discovery</u>

    a.   Service of initial interrogatories, requests for production of documents and requests for admissions shall be completed no later than forty-five (45) days following the Court's issuance of the Scheduling Order.

    b.   All depositions, other than expert depositions, shall be completed by April 1, 2020.

    c.   Plaintiffs allege that multiple insurance syndicates at Lloyds of London, and certain London insurance brokers have been involved with the insurance program at issue in this matter. Plaintiffs intend to seek discovery from these entities and will be required to conduct same pursuant to the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the Hague Evidence Convention). This process requires significantly more time to complete than discovery conducted under this Court's authority and accordingly the parties have extended the proposed discovery period to account for same and agreed to permit any foreign discovery underway prior to the discovery deadline to extend past same.

    d.   Laris reserves its right to move to stay all out-of-state depositions while its Motion to Dismiss (filed on September 27, 2019) is pending. The hearing on the Motion has been scheduled for November 25, 2019. Plaintiffs and Talisman dispute Laris's entitlement to any stay and reserve their rights to proceed with out-of-state depositions.

4.    <u>Expert Discovery</u>

    a.   Plaintiffs' trial expert(s), if any, must be designated, and the information contemplated by Fed. R. Civ. P. Rule 26(a)(2) must be disclosed by April 1, 2020.

b.  Defendants' trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. Rule 26(a)(2) must be disclosed by May 1, 2020.

c.  Deposition of the Plaintiffs' expert(s) shall be completed by June 1, 2020.

d.  Deposition of the Defendants' experts shall be completed by July 1, 2020.

5.  Motions for Summary Judgment

a.  Motions for Summary Judgment shall be filed by July 31, 2020.

b.  Oppositions to Motions for Summary Judgment shall be filed thirty (30) 21 days following the filing of the Motions for Summary Judgment

6.  Motions for confidentiality orders with respect to materials requested in discovery and motions for protection orders with respect to discovery proceedings may be filed at any reasonable time after the issues to which they pertain arise, but before filing any such motion, counsel shall engage in good-faith negotiations in an effort to resolve the issues by agreement.

7.  Motions to compel, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions shall be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever is relevant.

**II. Certifications**

Certifications under Local Rule 16.l(d)(3) were filed separately by each party.

**III. Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge.

**IV. Miscellaneous**

The parties agree that phased discovery is not appropriate in this case.

DATED: October 23, 2019.

Respectfully submitted,

<u>/s/ Scott D. Brownell</u>
Scott D. Brownell (Louisiana Bar #26223)
***SCOTT D. BROWNELL, APLC***
527 E. Boston St., Suite 201
Covington, LA 70433
Phone: (504) 390-1982
Fax: (985) 387-5087
E-mail: scott@sbrownell.com

<u>/s/ Stephen W. Rider</u>
Stephen W. Rider, Esq., BBO # 419820
***Stephen W. Rider, P.C.***
350 Lincoln Street – Suite 2400
Hingham, MA 02043
Tel: 781-740-1289
Fax: 781-207-9160
Email: stephen.rider@swrpc.com

***Attorneys for Cashman Equipment Corp.
and Servicio Marina Superior, LLC***

<u>/s/ Michelle M. Byers</u>
Christopher P. Flanagan, Esq., BBO #567075
Michelle M. Byers, Esq., BBO #684836
WILSON, ELSER, MOSKOWITZ, EDELMAN
         AND DICKER, LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts, 02110
(T): (617) 422-5300
(F): (617) 423-6917
Christopher.Flanagan@WilsonElser.com
Michelle.Byers@WilsonElser.com

***Attorneys for Talisman Casualty Insurance
Company***

1396603v.2                                                    4

*/s/ Daniel R. Conte*
David A. Grossbaum, BBO #546020
  dgrossbaum@hinshawlaw.com
Daniel R. Conte, BBO #686908
  dconte@hinshawlaw.com
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000 (Telephone)
617-213-7001 (Facsimile)

**Attorneys for Laris Insurance Agency, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 23, 2019.

*/s/ Michelle M. Byers*
Michelle M. Byers, Esq.